IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 14-cv-02159-BNB

SCOTT WAGNER, an individual, and
LEIGH MARIE, LLC, a Colorado limited liability company,

Plaintiffs,

v.

GUNNISON COUNTY, COLORADO by and through other Board of County Commissioners of the County of Gunnison, Colorado, a political subdivision of the State of Colorado,
PAULA SWENSON, as members of the board,
JONATHON HOUCK, as members of the board,
PHIL CHAMBERLAND, as members of the board, and
ART TREZISE, in his individual capacity as The Board's attorney,

Defendants.

_____

## ORDER
_____

This matter is before me on the **Stipulated Motion to Dismiss Without Prejudice** [Doc. 24, filed December 22, 2014] (the "Motion"). The parties have stipulated to the dismissal of all claims, with prejudice, each party to pay its own costs and attorneys' fees. Accordingly,

IT IS ORDERED that the case is DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(2), each party to pay its own costs and attorneys' fees.

Dated January 28, 2015.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge